Circuit denied. *Mr. O. John Rogge* for petitioner. *Mr. Myron D. Alexander* for respondents.

No. 790. WALKER ET AL. *v.* O'BRIEN ET AL. March 31, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. A. G. M. Robertson* and *Garner Anthony* for petitioners. *Mr. Howard B. Henshey* for respondents.

No. 791. MUTUAL LIFE INSURANCE Co. *v.* HEILBRONNER, GUARDIAN. March 31, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. James C. Jones, Lon O. Hocker,* and *James C. Jones, Jr.* for petitioner.

No. 800. FROST ET AL., EXECUTORS AND TRUSTEES, ET AL. *v.* AMERICAN SECURITY & TRUST Co. ET AL. March 31, 1941. Petition for writ of certiorari to the Court of Appeals for the District of Columbia denied. *Messrs. Norman B. Frost* and *Frederic N. Towers, pro se,* and *Messrs. John A. Kratz, James C. Wilkes,* and *Frank H. Myers* for petitioners. *Messrs. Frederic D. McKenney, John S. Flannery, G. Bowdoin Craighill,* and *John E. Larson* for American Security & Trust Co., respondent.

Nos. 820, 821 and 822. GERRITSEN BASIN DEVELOPMENT CORP. *v.* CITY OF NEW YORK. March 31, 1941. Petition for writs of certiorari to the Court of Appeals of New York denied. *Mr. Thos. L. Zimmerman, Jr.* for petitioner. *Messrs. William C. Chanler, Paxton Blair,* and *Joseph F. Mulqueen, Jr.* for respondent.